UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CAROLYN TULLY-BOONE,

                Plaintiff,        Civil Action No.: 08 CV 2497 (ADS)(WDW)

      v.

NORTH SHORE-LONG ISLAND JEWISH      **STIPULATION OF VOLUNTARY**
HOSPITAL SYSTEM, GLEN COVE      **DISMISSAL WITH PREJUDICE**
HOSPITAL, BARBARA BACKUS,
CAROLYN MUELLER and GLORIA COHEN,

                Defendants.
------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed with prejudice.

Venable LLP                             Leeds Morelli & Brown, P.C.
Attorneys for Defendants                Attorneys for Plaintiff
1270 Avenue of the Americas, 25th Floor    One Old Country Road, Suite 347
New York, New York 10020           Carle Place, New York 11514
(212) 808-5676                               (516) 873-9550


_____               _____
Shaffin A. Datoo                               Rick Ostrove

Dated: December 31, 2010              Dated: December 6, 2010


SO ORDERED:


_____
Honorable Arthur D. Spatt